# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-1761

_____

ELETTESSY LASEAN MCDOLE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Coleman Lee Robinson, Judge.

May 17, 2024

PER CURIAM.

AFFIRMED.

LEWIS, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Richard M. Bracey III, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Christina Piotrowski, Assistant Attorney General, and Adam B. Wilson, Assistant Attorney General, Tallahassee, for Appellee.